**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 3:25-cr-0042** |
| | ) | |
| **Jahvid Alexander,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

**THIS MATTER** comes before the Court on the Amended and Corrected Report and Recommendation Concerning Plea of Guilty of the United States Magistrate Judge entered on June 10, 2026, ECF No. 104, recommending that the Defendant's plea of guilty to Count Two of the Indictment, Carjacking, a violation of Title 18, United States Code, Sections 2119(1) and Title 18, United States Code, Section 2, be accepted, and the defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 104, is **ADOPTED;** it is further

**ORDERED** that Defendant Jahvid Alexander's plea of guilty to Count Two of the Indictment, is **ACCEPTED**, and that Jahvid Alexander is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties **no later than August 6, 2026;** it is further

*United States v. Alexander*
Case No. 3:25-cr-0042
Order
Page **2** of **2**

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office **no later than August 20, 2026;** it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court **no later than September 3, 2026;** it is further

**ORDERED** that the parties shall file their sentencing memoranda **no later September 24, 2026**; it is further

**ORDERED** that a sentencing hearing shall be held on **October 8, 2026, at 10:00 A.M.** in S. Thomas Courtroom No. 1 before Chief Judge Robert A. Molloy; and it is further

**ORDERED** that the Report and Recommendation Concerning Plea of Guilty entered on June 10, 2026, ECF No. 103, is **MOOT**.

**Dated:** June 24, 2026                         */s/ Robert A. Molloy*
                                                **ROBERT A. MOLLOY**
                                                **Chief Judge**